AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

---- OFFENSE CHARGED ----

VIOLATION:
Title 18, United States Code, Section 1341 - Mail Fraud.

E-filing

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 20 years imprisonment; Fine $250,000 or twice the amount of loss or gain whichever is greater; 3 years Supervised Release and $100 Special Assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---- DEFENDANT - U.S ----

▶ ROBERTO HECKSCHER

DISTRICT COURT NUMBER
CR 09   0998

---- DEFENDANT ----

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ SI
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction        ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No     If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    TIMOTHY J. LUCEY

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☒ SUMMONS ☐ NO PROCESS* ☐ WARRANT       Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:          Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

**FILED**

E-filing

OCT 1 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09 0998 |
| Plaintiff, | VIOLATION: Mail Fraud, 18 U.S.C. § 1341 |
| v. | |
| ROBERTO HECKSCHER, | |
| Defendant. | |

**INFORMATION**

The United States Attorney charges:

1. Between on or about 1979, and continuing through and including on or about June 2009, in the Northern District of California, and elsewhere, the defendant,

ROBERTO HECKSCHER,

knowingly executed and attempted to execute a scheme and artifice to defraud his investors, and knowingly executed and attempted to execute a scheme and artifice to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property from his investors, by arranging and brokering a series of purported commercial loans that the defendant promised would generate regular interest payments to his investors, at an annualized rate of return of between approximately 3.33% and 13%, with an average rate of return of approximately 7%. These investments, memorialized in a series of promissory notes, began on

INFORMATION

1 or about 1979 and continued unabated until on or about June 2009.

2 In fact and contrary to his representations to his investors, the defendant did not invest the investors' funds as promised but instead operated a sophisticated "ponzi" scheme whereby new investment money was transferred to existing clients as "interest payments." The defendant used the remaining portion of his investors' funds for unauthorized purposes, including gambling and speculation in the equities and commodities markets. This scheme and artifice has resulted, as of September 2009, in a loss to investors in excess of at least $20,000,000.

2. On or about December 31, 2008, the defendant ROBERTO HECKSCHER, for the purpose of executing the scheme and artifice to defraud, did place and caused to be placed in the post office or other authorized depository for mail matter, or both, located in San Francisco, California, an envelope addressed to investor A at his then current home address that contained therein a check payable to investor A along with a payment stub and message to his investors. This mailing contained therein materially false and fraudulent pretenses, representations and promises that, among other things, the check represented an interest payment of 6% on an existing loan principal of $15,000, so as to give the appearance that investor A had a current and performing loan, when, in fact, defendant ROBERTO HECKSCHER had never arranged any loan for the benefit of investor A and was merely transferring money from other investors in order to lull investor A. This check and payment stub materially misrepresented ROBERTO HECKSCHER's true financial condition and lulled investor A into maintaining his prior investment with the defendant.

All in violation of Title 18, United States Code, Section 1341.

DATED: 10-14-09

JOSEPH P. RUSSONIELLO
United States Attorney

BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form:
AUSA Timothy J. Lucey

INFORMATION

2