*Eleanor Irving*
*2472 Poett Lane*
*Santa Clara, CA 95051*

November 11, 2009

Honorable Susan Illston,
Department of Justice
450 Golden Gate Ave
San Francisco, CA
Re: United States v. Roberto Heckscher
   Case Number: 2009R01317
   Docket Number: 09-00998 Cr

RECEIVED
NOV 1 8 2009
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

FILED
NOV 1 9 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Honorable Judge Illston,

If I understood you correctly, during the trial of Roberto Heckscher on Friday, October 30th, you said you would appreciate it if the victims of Roberto's actions would send you an account of their losses. You allowed me to speak at that time, for which I am grateful. I will not repeat here what I said then, but would like to correct and add a few facts.

My nephew, Raymond Irving lost $400,000. This was money for his retirement, but also college money and the inheritance of his children. Ray also persuaded the men of his church to invest church money, which totalled $23,000. Imagine how he felt having to report to the church that that money was gone.

Ray's brother, Daniel Irving lost $1.500,000, also retirement money and the inheritance of his children. When we learned about the collapse of Roberto's scheme, Dan was with his family in Africa, building houses for the poor. When he came home, Dan was emotionally devastated. The three young men, Ray, Dan, and Roberto, worked side by side in my brother's office for many years. Roberto was a close personal friend. My sister-in-law lost $225.000, and her sister lost $425,000.

My sister, Marianne Irving lost $270,000. Her only other income is Social Security. She relied on the check from Roberto to cover her monthly expenses. She is 87 years old and has many medical bills.

My friend, Cecilia Concannon, age 83, lost $280,000, her inheritance from her family.

I am 79 years old and lost $120,000. Since my teacher's retirement income places me below the poverty level, and my Social Security check is $12.00, I miss the check from Roberto, too.

Respectfully,

*Eleanor Irving*