5 minutes

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 8/13/10

Case No.    CR-09-0998  SI              Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- ROBERTO HECKSCHER (C)(P)

Attorneys:    T. Lucey              J. Reilly

Deputy Clerk:  Tracy Sutton  Court Reporter: K. Wyatt

**PROCEEDINGS**

1) Status - HELD
2)
3)
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN      (  ) SUBMITTED
                                                        PART

Case continued to **10/1/10  @ 11 a.m.**  for Status Re: Restitution

**Delay begins:**          **Delay ends:**
(                )

ORDERED AFTER HEARING:
The Court will refer this matter to Howard Herman for appointment of a special master re: process of the allocation and distribution of funds.

Counsel shall prepare the referral order.


CC: Herman