LAW OFFICES OF
**DANIEL RAY BACON**
234 VAN NESS AVENUE
SAN FRANCISCO, CALIFORNIA 94102-4515

TELEPHONE
(415) 864-0907
FACSIMILE
(415) 864-0989
EMAIL: bacondr@aol.com

E-Filing

August 12, 2010

FILED
AUG 18 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VIA HAND-DELIVERY

Susan Illston
United States District Court Judge
Care of Clerk's Office (16th Floor)
450 Golden Gate Avenue
San Francisco, CA 94102

09 CR 998 SI

RE:   United States v. Roberto Heckscher
      Status hearing, restitution of Roberto Heckscher on August 13, 2010, 11:00 A.M.
      Judgment, Victim Statement of Ralph Geissler
      United States District Court Case # 2009R01317
      Court Docket # 09-00998

Dear Judge Illston:

On April 14, 2010 I delivered a copy of the Default Judgment in favor of Ralph Geissler and his victim statement along with supporting documentation. Enclosed is a copy of the abstract of judgment which is certified and recorded in San Francisco. A Notice of Judgment Lien [JL-1] has also been filed with the Secretary of State of California. I am not aware of any other victims who have obtained any judgments against Mr. Heckscher.

Very truly yours,

DANIEL RAY BACON

DRB:db
Enclosures
cc: Nancy Woods, U.S. Attorney's Office, 11th Floor, 450 GG Ave.
    Ralph Geissler

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and telephone number): 415 864 0907 SB#103866<br>Recording requested by and return to:<br>Daniel Ray Bacon, Esq.<br>LAW OFFICES OF DANIEL RAY BACON<br>234 Van Ness Avenue<br>San Francisco     CA 94102-4515 | CONFORMED COPY of document recorded on,<br><br>_____ as No _____ **08/03/2010 2010J014200**<br>This document has not been compared with the original<br>SAN FRANCISCO ASSESSOR RECORDER |

| [X] ATTORNEY FOR | [X] JUDGMENT CREDITOR | [ ] ASSIGNEE OF RECORD |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francico
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco     CA 94102
BRANCH NAME: Civic Center Branch

PLAINTIFF: Ralph Geissler

DEFENDANT: Roberto Heckscher

FOR RECORDER'S USE ONLY

CASE NUMBER: CGC-09-489779

FOR COURT USE ONLY

### ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS     [ ] Amended

1. The [X] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ```
      Roberto Heckscher
      1131 Irving Street
      San Francisco, CA 94122
      ```
   b. Driver's license no. [last 4 digits] and state:     [X] Unknown
   c. Social security no. [last 4 digits]:     [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or
      mailed to (name and address): Roberto Heckscher served
      in US District Ct, 450 Golden Gate, SF, CA

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   Ralph Geissler, 19 Danvers Street
   San Francisco, CA 94114

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: 7/22/2010

DANIEL RAY BACON
(TYPE OR PRINT NAME)

(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 3,937,737.50
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 04/08/2010
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

[SEAL]

**CLERK OF THE COURT**

This abstract issued on (date):

JUL 2 3 2010

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):
12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [X] A certified copy of the judgment is attached.

Clerk, by _____M.A. MORAN_____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

CEB

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF: Ralph Geissler | CASE NUMBER: |
|---|---|
| DEFENDANT: Roberto Heckscher | CGC-09-489779 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

|  |  |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:<br>Daniel Ray Bacon, Esquire  SB#103866<br>234 Van Ness Avenue<br>San Francisco, CA 94102-4515<br>TELEPHONE NO.: 415 864-0907  FAX NO. *(Optional)*: 415 864-0989<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff Ralph Geissler | FOR COURT USE ONLY<br><br>FILED<br>Superior Court of California<br>County of San Francisco<br>APR x 8 2010<br>CLERK OF THE COURT<br>BY: _____ Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco<br>STREET ADDRESS: 400 McAllister Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco 94102<br>BRANCH NAME: Civic Center | |
| PLAINTIFF: Ralph Geissler<br>DEFENDANT: Roberto Heckscher | |
| JUDGMENT<br>☐ By Clerk   ☒ By Default   ☐ After Court Trial<br>☒ By Court   ☐ On Stipulation   ☐ Defendant Did Not Appear at Trial | CASE NUMBER:<br>CGC-09-489779 |

## JUDGMENT

1. ☒ **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☐ **Clerk's Judgment** (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. ☒ **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) ☒ plaintiff's testimony and other evidence.
      (2) ☐ plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. ☐ **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. ☐ the signed written stipulation was filed in the case.
   c. ☐ the stipulation was stated in open court   ☐ the stipulation was stated on the record.

3. ☐ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on *(date and time)*:
      before *(name of judicial officer)*:
   b. Appearances by:
      ☐ Plaintiff *(name each)*:
      (1)
      (2)
      ☐ Continued on Attachment 3b.

      ☐ Defendant *(name each)*:
      (1)
      (2)
      ☐ Continued on Attachment 3b.

      ☐ Plaintiff's attorney *(name each)*:
      (1)
      (2)

      ☐ Defendant's attorney *(name each)*:
      (1)
      (2)

   c. ☐ Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. ☐ A statement of decision (Code Civ. Proc., § 632) ☐ was not  ☐ was  requested.

THE ANNEXED INSTRUMENT IS A CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE. ATTEST: CERTIFIED JUL 2 2 2010 CLERK OF THE COURT GWENDOLYN J. MOSES

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
JUD-100 [New January 1, 2002]  JUDGMENT  CEB  Code of Civil Procedure, §§ 585, 664.6

| PLAINTIFF: Ralph Geissler | CASE NUMBER: |
|---|---|
| DEFENDANT: Roberto Heckscher | CGC-09-489779 |

JUDGMENT IS ENTERED AS FOLLOWS BY: [x] THE COURT [ ] THE CLERK

4. [ ] **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is
   a. [x] for plaintiff *(name each):*
   Ralph Geissler

   and against defendant *(names):*
   Roberto Heckscher

   [ ] Continued on Attachment 5a.

   b. [ ] for defendant *(name each):*

   c. [ ] for cross-complainant *(name each):*

   and against cross-defendant *(name each):*

   [ ] Continued on Attachment 5c.

   d. [ ] for cross-defendant *(name each):*

6. **Amount.**
   a. [x] Defendant named in item 5a above must pay plaintiff on the complaint:

| | | | | |
|---|---|---|---|---|
| (1) | [x] | Damages | $ | 4,897,500.00 |
| (2) | [x] | Prejudgment interest at the annual rate of  % | $ | 142,312.50 |
| (3) | [ ] | Attorney fees | $ | |
| (4) | [x] | Costs | $ | 425.00 |
| (5) | [x] | Other *(specify):* Punitive Damages | $ | 1,897,500.00 |
| (6) | | **TOTAL** | $ | 3,937,737.50 |

   c. [ ] Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

| | | | |
|---|---|---|---|
| (1) | [ ] | Damages | $ |
| (2) | [ ] | Prejudgment interest at the annual rate of  % | $ |
| (3) | [ ] | Attorney fees | $ |
| (4) | [ ] | Costs | $ |
| (5) | [ ] | Other *(specify):* | $ |
| (6) | | **TOTAL** | $ |

   b. [ ] Plaintiff to receive nothing from defendant named in item 5b.
   [ ] Defendant named in item 5b to recover costs $
   [ ] and attorney fees $

   d. [ ] Cross-complainant to receive nothing from cross-defendant named in item 5d.
   [ ] Cross-defendant named in item 5d to recover costs $
   [ ] and attorney fees $

7. [*] Other *(specify):*
   Judgment is for Fraud

Date: 4-8-10

[ ] *(signature)* William R. Gargano
**WILLIAM R. GARGANO**
**Commissioner**

Date:
[ ] Clerk, by _____, Deputy

(SEAL)

**CLERK'S CERTIFICATE** *(Optional)*

I certify that this is a true copy of the original judgment on file in the court.

Date:

Clerk, by _____, Deputy

Page 2 of 2

JUD-100 [New January 1, 2002]   **JUDGMENT**   ⓒEB